IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FARM CREDIT SERVICES OF AMERICA,
PCA, a federally chartered corporation with
its principal place of business in Omaha,
Nebraska,

        Plaintiff,

        vs.                         Case No. 04-1150-JTM

MICHAEL W. SPINI, JULIE SPINI, MDR
MANAGEMENT, LLC,

        Defendants.

MEMORANDUM AND ORDER

This matter is before the court on the plaintiff's Motion for Summary Judgment against defendant Michael Spini. Plaintiff's motion was filed on December 20, 2004, and defendant Michael Spini has filed no response within the time permitted by D.Kan.Rule 6.1(e). Accordingly, the motion will be granted pursuant to Rule 7.4.

IT IS ACCORDINGLY ORDERED this 3d day of February, 2005, that the plaintiff's Motion for Summary Judgment (Dkt. No. 36) is hereby granted.

                         s/ J. Thomas Marten
                         J. THOMAS MARTEN, JUDGE